UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al., | No. 2:21-cv-00690-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| Sacramento County Dept. Child, Family and Adult Services, et al., | |
| Defendants. | |

Cynthia Martin is the mother of the minor plaintiffs A.H., E.H. and C.G. Petition ¶ 1, ECF No. 4-3. Plaintiffs' action brought under 42 U.S. § 1983 stems from defendants' removal of the minors from Martin's care for alleged danger to the minors' physical health and emotional damage as well. Compl. ¶ 35, ECF No. 1. Plaintiffs argue the allegations against Martin were false and there was no reason for the children to be removed from her care. *Id*. Martin moves to be appointed as guardian ad litem for the minors for the purpose of litigating this action. *See generally* Petition. "In general, a parent who is also a party to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the parent as guardian ad litem upon receipt of an ex parte application without exercising much discretion." *Brown v. Alexander*, 2015 WL 7350183, at *2 (N.D. Cal. Nov. 20, 2015). "When a parent has an actual or potential conflict of interest with his child, however, the parent has no right to control or influence the child's litigation." *Id.* (citing *Williams v. Superior Court*, 147 Cal. App. 4th 36, 50 (2007)).

The parties are set to appear for a Motion Hearing on defendant's pending motion to dismiss, ECF No. 7, on August 6, 2021. The parties should come prepared to provide additional information to court regarding whether Martin is an appropriate guardian ad litem in light of the underlying facts and the minors' interests in this case, and in particular whether she has an actual or potential conflict of interest.

IT IS SO ORDERED.

DATED: July 27, 2021.

CHIEF UNITED STATES DISTRICT JUDGE