UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  A.H., a minor; et al. | No.    22-70019 |
| _____ | D.C. No. 2:21-cv-00690-KJM-JDP |
| A.H., a minor; et al., | Eastern District of California, Sacramento |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, | |
| Respondent, | |
| ELK GROVE UNIFIED SCHOOL DISTRICT; et al., | |
| Real Parties in Interest. | |

Before:  TASHIMA, FRIEDLAND, and BADE, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED**.