**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Jordan M. McCroskey, SBN 340068
jmccroskey@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES, by and through CHILD PROTECTIVE SERVICES; BRENDA BRYANT, an individual

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, by and through is Guardian ad Litem, CYNTHIA MARTIN; E.H., a minor, by and through his Guardian ad Litem, CYNTHIA MARTIN; C.G., a minor, by and through her Guardian ad Litem, CYNTHIA MARTIN; CYNTHIA MARTIN, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES, by and through CHILD PROTECTIVE SERVICES; BRENDA BRYANT, an individual; COUNTY OF SACRAMENTO by and through ELK GROVE UNIFIED SCHOOL DISTRICT; MS. MASS, an individual, and DOES 1 through 25, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO.  2:21-CV-00690-KJM-JDP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES, by and through CHILD PROTECTIVE SERVICES AND BRENDA BRYANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT; ORDER**<br><br><br>Complaint Filed: 4/16/2021<br>Amended Complaint Filed: 4/11/2022 |

Plaintiffs CYNTHIA MARTIN, A.H., E.H., C.G., by and through their Guardian ad Litem, Mary E. James (collectively "Plaintiffs"), hereby STIPULATE and AGREE that Defendants COUNTY OF SACRAMENTO and BRENDA BRYANT (collectively "Defendants") may have an extension to May 16, 2022, to file a responsive pleading to Plaintiff's Amended Complaint, filed April 11, 2022.  Good cause exists for this extension as the parties are engaged in meet and confer in an effort to potentially avoid further motion practice.

Pursuant to Eastern District Local Rule 144(a) this stipulation respectfully requests court approval for an extension of time to respond the Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  May 4, 2022                     PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By    /s/John R. Whitefleet
                                              John R. Whitefleet
                                              Attorneys for Defendant COUNTY OF
                                              STANISLAUS


Dated:  May 4, 2022                     LAW OFFICES OF VINCENT W. DAVIS &
                                        ASSOCIATES

                                        By    /s/ Edna Wnning (Authorized on 4/22/22)
                                              Vincent W. Davis
                                              Edna V. Wenning
                                              Attorneys for Plaintiffs CYNTHIA
                                              MARTIN, A.H., E.H., C.G., by and through
                                              their Guardian ad Litem, Mary E. James

**ORDER**

The court, having reviewed the above stipulation and request, orders that defendants have up to and including May 16, 2022, to respond to plaintiffs' amended complaint.

**IT IS SO ORDERED.**

DATED:  May 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE