## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**A. H, ET AL.,**

                      v.

**SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES, ET AL.,**

JUDGMENT IN A CIVIL CASE

CASE NO: **2:21–CV–00690–DAD–JDP**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/13/2023**

                                      **Keith Holland**
                                      Clerk of Court

ENTERED: **April 13, 2023**

                                by: /s/ E. Rodriguez
                                          Deputy Clerk